BUSCH v. KLEIN.

THOMPSON v. SAME.

(Supreme Court, Appellate Division, Second Department.   February 7, 1899.)

MARRIED WOMEN—CONTRACTS.
    Under Act 1884, as amended in 1892 (substantially re-enacted as Domestic Relations Law 1896, § 20), a married woman has the same power to contract as a feme sole.

Appeals from municipal court.

Separate actions by Peter J. Busch and George W. Thompson against Elizabeth Klein.   From judgments in favor of the respective plaintiffs, defendant appeals.   Affirmed.

Argued before GOODRICH, P. J., and CULLEN, BARTLETT, HATCH, and WOODWARD, JJ.

F. H. Van Vechten, for appellant.
James C. Van Siclen, for respondents.

PER CURIAM.   Since the statute of 1884, as amended in 1892 (substantially re-enacted as section 20, Domestic Relations Law 1896), a married woman has the same power to contract as a feme sole or man.   Therefore the point sought to be raised by the appellant has no foundation or basis in law.

The judgment should be affirmed, with costs.